

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101
www.hbsslaw.com
**steve@hbsslaw.com**

May 10, 2021

**FILED VIA ECF**

The Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

> Re:    *Fremgen v. Amazon.com, Inc., et al.*, Case No. 1:21-cv-351-GHW-DCF;
>          *Sacks v. Amazon.com, Inc.*, Case No. 1:21-cv-421-GHW-DCF;
>          *Weinberger v. Amazon.com, Inc.*, Case No. 1:21-cv-615-GHW-DCF;
>          *Bonilla v. Amazon.com, Inc.*, Case No. 1:21-cv-01130-GHW-DCF;
>          *Silverman v. Amazon.com, Inc.*, Case No. 1:21-cv01256-GHW-DCF;
>          *Cook v. Amazon.com, Inc.*, Case No. 1:21-cv-01369-GHW; and
>          *Lerner v. Amazon.com, Inc.*, Case No. 1:21-cv-01561-GHW-DCF

Dear Judge Woods:

Plaintiffs in the above referenced related proposed class actions jointly submit this letter requesting an administrative order to allow the litigation to proceed. Plaintiffs have conferred with Defendants, who do not oppose Plaintiffs' request. Pending before the Court is the parties' February 24, 2021 request for an order that would (1) consolidate the above referenced cases for all purposes, revise the caption of the first-filed Fremgen case to reflect a consolidated action, (2) administratively close the later-filed Sack, Weinberger, Bonilla, Silverman, Cook, and Lerner cases, (3) consolidate for all purposes any proposed class action subsequently filed in, transferred or removed to this Court that arises out of the same or similar operative facts as the above referenced cases, and (4) authorize the plaintiffs to file a consolidated amended class action complaint upon entry of the Court's orders consolidating the actions and appointing interim lead counsel for the proposed class.[1] The Court has authority to consolidate actions that "involve a common question of law or fact."[2] All parties agree that consolidation is appropriate here and furthers the interests of a just and efficient resolution of the litigation because each of the above referenced actions asserts materially similar claims that Defendants engaged in anticompetitive conduct, as a result of which plaintiffs and members of the putative Class

---

[1] ECF 39. The parties also proposed a schedule for Defendants' responses to a consolidated amended class action complaint, which the Court declined to endorse. ECF 42.

[2] Fed. R. Civ. P. 42(a).

The Honorable Gregory H. Woods
May 10, 2021
Page 2

were overcharged for eBooks purchased through retailers other than Defendant
Amazon.com, Inc.[3]

In an abundance of caution, the Court permitted objections to consolidation by
March 12, 2021.[4] No objections were submitted. The Court also deferred the Defendants'
deadline to respond to the above referenced complaints "pending the resolution of the
application to consolidate the cases pending before the Court and the application to appoint
lead counsel for those cases."[5] While the Court appointed Hagens Berman as Interim Lead
Counsel for the putative Class,[6] it has not acted on the parties' joint request to consolidate
the cases nor requested any additional information from the parties concerning the
proposed consolidation, which has left the litigation at a standstill. Consolidation would
also alleviate the Court's administrative burden of managing separate dockets for multiple
related cases. For example, the Court recently ordered the parties to submit case
management statements in each of the above-referenced cases.[7] Consolidation would
permit a single filing.

Plaintiffs therefore respectfully request that the Court enter all appropriate orders to
consolidate the actions, authorize filing of the consolidated amended complaint, and allow
the litigation to proceed.

Dated: May 10, 2021                    **HAGENS BERMAN SOBOL SHAPIRO LLP**

                                       By: _____
                                           Steve W. Berman
                                           1301 Second Avenue, Suite 2000
                                           Seattle, WA 98101
                                           Telephone: (206) 623-7292
                                           Facsimile:  (206) 623-0594
                                           steve@hbsslaw.com

                                           *Interim Lead Counsel for the Proposed Class,*
                                           *Counsel for Plaintiffs Shannon Fremgen, Mary*
                                           *Christopherson-Juve, Denise Deleon, Sandra*
                                           *Wilde, and Michael Wilder*

---

[3] ECF 39.

[4] ECF 43.

[5] ECF 43.

[6] ECF 54.

[7] ECF 56.

The Honorable Gregory H. Woods
May 10, 2021
Page 3

Dated: May 10, 2021                          **NUSSBAUM LAW GROUP, P.C.**

                                             By:  /s/ *Linda P. Nussbaum*
                                             _____
                                                  Linda P. Nussbaum
                                                  1211 Avenue of the Americas, 40th Floor
                                                  New York, NY 10036
                                                  Telephone: (917) 438-9102
                                                  lnussbaum@nussbaumpc.com

                                                  *Counsel for Plaintiff Jordan Sacks*

Dated: May 10, 2021                          **SPECTOR ROSEMAN & KODROFF PC**

                                             By:  /s/ *Jeffrey Spector*
                                             _____
                                                  Jeffrey Spector
                                                  Two Commerce Square
                                                  2001 Market Street, Suite 3420
                                                  Philadelphia, PA 19103
                                                  Telephone: (215) 496-0300
                                                  Facsimile:  (215) 496-6611
                                                  jspector@srkattorneys.com

                                                  *Counsel for Plaintiff Bonnie Weinberger,*
                                                  *Jeffrey Cook, Susan Cook, and Cecily Lerner*

Dated: May 10, 2021                          **ROBERTS LAW FIRM US, PC**

                                             By:  /s/ *Michael L. Roberts*
                                             _____
                                                  Michael L. Roberts
                                                  Morgan Hunt
                                                  1920 McKinney Avenue, Suite 700
                                                  Dallas, TX 75204
                                                  Telephone: (501) 821-5575
                                                  Facsimile:  (501) 821-4474
                                                  mikeroberts@robertslawfirm.us
                                                  morganhunt@robertslawfirm.us

                                                  *Counsel for Plaintiff Mariacristina Bonilla*

The Honorable Gregory H. Woods
May 10, 2021
Page 4

Dated: May 10, 2021                    **ROBINS KAPLAN LLP**

                                       By:  /s/ *Kellie Lerner*
                                           Kellie Lerner (#4446472)
                                           399 Park Avenue, Suite 3600
                                           New York, NY 10022
                                           Telephone: (212) 980-7400
                                           Facsimile:  (212) 980-7499
                                           klerner@robinskaplan.com

                                           *Counsel for Plaintiffs Ethan Silverman,*
                                           *Jeffery Tomasulo, and the Proposed Class*